UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARVIN JAVIER PINEDA-CONTRERAS,

                Petitioner,

- against -

PAM BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity Secretary of the Department of Homeland Security; TOOD M. LYONS, in his official capacity as Acting Director, United State Immigration and Customs Enforcement; BRIAN FLANAGAN, in his official capacity as Acting Deputy Field Office Director for ICE in New York City Area; FRANK P. BASSO, in his official capacity as Warden of Nassau County Correctional Center; SIRCE OWEN, in her official capacity as Director of the Executive Office for Immigration Review,

                Respondents.
---------------------------------------------------------X

**JUDGMENT**
CV 25-6898 (JMA)

      A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on December 23, 2025; granting the petition for a writ of habeas; and ordering Respondents to release Petitioner from custody immediately, and to submit a letter on the docket within 24 hours of the December 23, 2025 Memorandum and Order confirming Petitioner's release, it is

      **ORDERED AND ADJUDGED** that the petition for a writ of habeas is granted; and that Respondents are ordered to release Petitioner Marvin Javier Pineda-Contreras from custody immediately, and to submit a letter on the docket within 24 hours of the December 23, 2025 Memorandum and Order confirming Petitioner's release.

Dated: December 23, 2025
       Central Islip, New York

                                          BRENNA B. MAHONEY
                                          CLERK OF COURT
                                 By:   /s / James J. Toritto
                                            Deputy Clerk

.

Case 2:25-cv-06898-JMA     Document 10     Filed 12/23/25     Page 2 of 2 PageID #: 101